1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant DIXON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )  No. CR 06-130 SBA
                                       )
12                   Plaintiff,        )  **AMENDED STIPULATION AND**
                                       )  **ORDER FOR CONTINUANCE**
13         v.                          )
                                       )
14                                     )
                                       )
15 KENYANNA DIXON,                     )
                                       )
16                   Defendant.        )

17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

19 ON REVOCATION HEARING date of December 16, 2008, scheduled at 9:00 a.m., before the

20

21 Honorable Saundra Brown Armstrong, be vacated and reset as a STATUS ON REVOCATION

22 HEARING for January 20, 2009 at 9:00 a.m.

23     The reason for the continuance is that counsel for Ms. Dixon is scheduled to be in trial before

24 the Honorable D. Lowell Jensen on December 16, 2008, in *United States v. Jaime Espinoza-*

25 *Amarillas*, CR 08-324 DLJ.

26

*U.S. v. Dixon*
*Stipulation and [Proposed] Order*            - 1 -

The Probation Office does not object to this request.  No exclusion of time is necessary, given that this is a violation of supervised release action.

DATED: November 14, 2008                                    /S/
_____
GARTH HIRE
Assistant United States Attorney

DATED:  November 14, 2008                                   /S/
_____
COLLEEN MARTIN
Assistant Federal Public Defender
Counsel for Kenyanna Dixon

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference in this case set for December 16, 2008, scheduled at 9:00 be vacated and reset as a STATUS ON REVOCATION HEARING for January 20, 2009 at 9:00 a.m.

SO ORDERED.

DATED:11/17/08                            _____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge